UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **YETI COOLERS, LLC,**<br><br>                        **Plaintiff,**<br><br>    vs.<br><br>**WAL-MART STORES, INC. and OLYMPIA TOOLS INTERNATIONAL, INC.,**<br><br>                        **Defendants.** | Case No. 1:16-cv-00454-RP<br><br>The Honorable Robert L. Pitman<br><br>**JURY TRIAL DEMANDED** |

## **WAL-MART STORES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

Defendant Wal-Mart Stores, Inc. ("Walmart") files this disclosure statement as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Wal-Mart Stores, Inc. is a publicly traded corporation with its principal place of business in Bentonville, Arkansas.

2. Wal-Mart Stores, Inc. has no parent company, and no publicly held company owns 10% or more of its stock.

Dated:  June 7, 2016

Respectfully submitted,

Tara D. Elliott (*pro hac vice pending*)
D.C. Bar No. 489850
tara.elliott@wilmerhale.com
**Wilmer Cutler Pickering Hale
  & Dorr LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
202.663.6000
202.663.6363 fax

Sameer Ahmed (*pro hac vice pending*)
Mass. Bar No. 688952
sameer.ahmed@wilmerhale.com
**Wilmer Cutler Pickering Hale
  & Dorr LLP**
60 State Street
Boston, Massachusetts  02109
617.526.6000
617.526.5000 fax

**Weisbart Springer Hayes LLP**
212 Lavaca Street, Suite 200
Austin, Texas  78701
512.652.5780
512.682.2074 fax

By: /s/ Sherrard (Butch) Hayes
Sherrard (Butch) Hayes
Texas Bar No. 00784232
shayes@wshllp.com
Sara E. Janes
Texas Bar No. 24056551
sjanes@wshllp.com

*Attorneys for Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b) on this 7th day of June, 2016.

/s/ Sherrard (Butch) Hayes
Sherrard (Butch) Hayes