# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:16-cv-00454 |
| | § | |
| WAL-MART STORES, INC. and, | § | JURY TRIAL DEMANDED |
| OLYMPIA TOOLS INTERNATIONAL, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that Jerry R. Selinger, State Bar No. 18008250, of Patterson & Sheridan, LLP, 1700 Pacific Ave., Suite 2650, Dallas, Texas 75201, (214) 272-0957, enters his appearance in this matter as counsel for Defendant Olympia Tools International, Inc. in the above-styled and numbered cause.  Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

                Respectfully submitted,

                _____/s/ Jerry R. Selinger_____
                Jerry R. Selinger
                State Bar No. 18008250
                Email: jselinger@pattersonsheridan.com
                1700 Pacific Avenue, Suite 2650
                Dallas, Texas 75201
                Telephone: 214-272-0957
                Facsimile:  713.623.4846

                ATTORNEYS FOR DEFENDANT
                OLYMPIA TOOLS INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

       I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 7, 2016.

                              */s/ Jerry R. Selinger*
                              Jerry R. Selinger