IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:16-cv-00454 |
| | § | |
| WAL-MART STORES, INC. and, | § | JURY TRIAL DEMANDED |
| OLYMPIA TOOLS INTERNATIONAL, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANT OLYMPIA TOOLS INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Olympia Tools International, Inc. ("Olympia") hereby states as follows:

1. Shanghai Kunjek Handtools & Hardware Co., LTD is the parent corporation of Olympia; and

2. No publicly held corporation currently owns 10% or more of Olympia's stock.

Respectfully submitted,

/s/ Jerry R . Selinger
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-272-0957
Facsimile:  713.623.4846

ATTORNEYS FOR DEFENDANT
OLYMPIA TOOLS INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 7, 2016.

                                            */s/ Jerry R. Selinger*
                                            Jerry R. Selinger