UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Yeti Coolers, LLC | § § | |
| vs. | § § | NO:  AU:16-CV-00454-RP |
| Wal-mart Stores, Inc., Olympia Tools International, Inc. | § | |

### ORDER GRANTING MOTION TO CONTINUE AND RESETTING HEARING

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on August 25, 2016  at  09:30 AM . Counsel for Wal-mart Stores, Inc.,  shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to the Courtroom Deputy at julie_golden@txwd.uscourts.gov.  The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

**SIGNED** on 15th day of August, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE