UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI COOLERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC. and OLYMPIA TOOLS INTERNATIONAL, INC., <br><br> Defendants. | Case No. 1:16-cv-00454-RP <br><br> The Honorable Robert L. Pitman <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 26(c), Plaintiff, YETI Coolers, LLC, on one hand, and Defendants Wal-Mart Stores, Inc. and Olympia Tools International, Inc., on the other, (collectively, "the Parties"), jointly move for entry of the agreed Protective Order that is attached as Exhibit 1.

The Parties believe that this action will involve exchanging information between the Parties and the production of information by non-parties that the disclosing party considers to be sensitive, confidential, and/or proprietary, such as non-public research and development information, non-public technical information, non-public marketing information, and non-public financial information. Such information is valuable at least because it is not generally known to the public nor shared between the Parties or their competitors. There is therefore good cause to enter the Parties' agreed Protective Order to protect such information. Accordingly, the Parties respectfully request that the Court enter the attached Protective Order.

Dated: February 10, 2017

By: */s/ Janice V. Mitrius*
Kevin J. Meek
Texas Bar No. 13899600
kevin.meek@bakerbotts.com
**BAKER BOTTS LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 322-5471
Facsimile: (512) 322-3622

Joseph J. Berghammer (admitted in the
Western District of Texas)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
Marc S. Cooperman (admitted *pro hac vice*)
Illinois Bar No. 6201035
mcooperman@bannerwitcoff.com
Janice V. Mitrius (admitted *pro hac vice*)
Illinois Bar No. 6243513
jmitrius@bannerwitcoff.com
Sean Jungels (admitted in the Western District
of Texas)
Illinois Bar No. 6303636
sjungels@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312-463-5000
Facsimile: 312-463-5001

**ATTORNEYS FOR
YETI COOLERS, LLC**

Respectfully submitted,

By: */s/ Sherrard (Butch) Hayes*
Sherrard (Butch) Hayes
Texas Bar No. 00784232
shayes@wshllp.com
Sara E. Janes
Texas Bar No. 24056551
sjanes@wshllp.com
**Weisbart Springer Hayes LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

Tara D. Elliott (*Admitted pro hac vice*)
D.C. Bar No. 489850
tara.elliott@wilmerhale.com
**Wilmer Cutler Pickering Hale
 and Dorr LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
202.663.6000
202.663.6363 fax

Sameer Ahmed (*Admitted pro hac vice*)
Mass. Bar No. 688952
sameer.ahmed@wilmerhale.com
**Wilmer Cutler Pickering Hale
 and Dorr LLP**
60 State Street
Boston, Massachusetts 02109
617.526.6000
617.526.5000 fax

**ATTORNEYS FOR WAL-MART
STORES, INC.**

By: */s/ Jerry R. Selinger (with permission)*
Jerry R. Selinger
State Bar No. 18008250
**PATTERSON & SHERIDAN, LLP**

        1700 Pacific Avenue, Suite 2650
        Dallas, Texas 75201
        Telephone: 214-272-0957
        Facsimile: 713-623-4846
        jselinger@pattersonsheridan.com

**ATTORNEYS FOR OLYMPIA TOOLS INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I caused the foregoing document to be electronically filed with the Clerk of the court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Defendant by and through its counsel of record.

/s/ Janice V. Mitrius
For YETI Coolers, LLC