UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| YETI COOLERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and OLYMPIA TOOLS INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 1:16-cv-00454-RP<br><br>The Honorable Robert L. Pitman<br><br>JURY TRIAL DEMANDED |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff YETI Coolers, LLC ("YETI") and Defendant Wal-Mart Stores, Inc. ("Walmart"), by and through their respective counsel, hereby stipulate to dismissal with prejudice of all claims in this action against Walmart. YETI's claims against any other party in this action are not affected by dismissal of YETI's claims against Walmart. YETI and Walmart each shall bear its own costs and attorneys' fees.

YETI and Walmart acknowledge that they have entered into a Settlement Agreement in resolution of this action. The Court shall retain jurisdiction over YETI and Walmart for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

Dated: 3/21/17

So Stipulated:

By: _____          By: _____

Joseph J. Berghammer (admitted in the Western District of Texas)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
Marc S. Cooperman (admitted *pro hac vice*)
Illinois Bar No. 6201035
mcooperman@bannerwitcoff.com
Janice V. Mitrius (admitted *pro hac vice*)
Illinois Bar No. 6243513
jmitrius@bannerwitcoff.com
Sean Jungels (admitted in the Western District of Texas)
Illinois Bar No. 6303636
sjungels@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312.463.5000
Facsimile: 312.463.5001

**ATTORNEYS FOR YETI COOLERS, LLC**

Sherrard (Butch) Hayes
Texas Bar No. 00784232
shayes@wshllp.com
Sara E. Janes
Texas Bar No. 24056551
sjanes@wshllp.com
**Weisbart Springer Hayes LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
Telephone: 512.652.5780
Facsimile: 512.682.2074

Tara D. Elliott (*Admitted pro hac vice*)
D.C. Bar No. 489850
tara.elliott@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: 202.663.6000
Facsimile: 202.663.6363

Sameer Ahmed (*Admitted pro hac vice*)
Mass. Bar No. 688952
sameer.ahmed@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: 617.526.6000
Facsimile: 617.526.5000

**ATTORNEYS FOR WAL-MART STORES, INC.**

Signed for YETI Coolers, LLC
Name: MATTHEW J. REINTJES
Title: PRESIDENT AND CEO
Date: _____

Signed for Wal-Mart Stores, Inc.
Name: TERRY PRICE
Title: SVP HARDLINES
Date: 3-17-2017

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served on March 21, 2017 with a copy of this document via the Court's CM/ECF system.

>  */s/ Janice V. Mitrius*
> Janice V. Mitrius