IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-cv-454-RP |
| WAL-MART STORES, INC. and OLYMPIA TOOLS INTERNATIONAL, INC., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff YETI Coolers, LLC and Defendant Wal-Mart Stores, Inc.'s Stipulated Dismissal with Prejudice, filed March 21, 2017, (Dkt. 47). By way of the stipulation, the parties agree to voluntarily dismiss all claims asserted in this action against Defendant Wal-Mart Stores, Inc. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The Stipulated Dismissal with Prejudice is hereby **ADOPTED.** Accordingly, **IT IS ORDERED** that all claims asserted in this action asserted against Defendant Wal-Mart Stores, Inc. are hereby **DISMISSED WITH PREJUDICE.** The parties are to bear their own costs and fees.

**SIGNED** on June 14, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE